**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

DEBORAH PITTMAN JONES, Individually
and for Others Similarly Situated,

           Plaintiff,

        v.

AMERICAN SENIOR COMMUNITIES,
LLC and EAGLECARE, LLC d/b/a
AMERICAN SENIOR COMMUNITIES

          Defendants.

> The court acknowledges the Joint Stipulation of Dismissal with prejudice, Dkt. [64]. The Clerk is DIRECTED to close this case on the docket.
> JPH 3/19/2024
> Distribution via ECF.

Case No. 23-cv-01365-JPH-MJD

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S AND OPT-IN PLAINTIFFS' CLAIMS AGAINST DEFENDANTS and DISMISSAL WITHOUT PREJUDICE OF THE REMAINING PUTATIVE CLASS' CLAIMS AGAINST DEFENDANTS**

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Deborah Pittman Jones, together with Opt-in Plaintiffs, Judy Anderson, Brenda Banks, Maria A. Bravo, Paige Davis, Billie J. Ford, Sarah Hamilton, Jennifer Harris, Lynn Meinerding-Brown, Serenity Rose, Jasmine L. Tedrow, Stephanie Gill, Donna Garman, Kathleen K. Pine, Nikole Fussner, Elaine M. Stewart, Corrine Williams, Cakishia Meeks, Andrea Stanford, Lewis King, Lena Butler, Heidi Clelland, Melissa Fisher, Jeffrey McMeekin, Sarah Ziliak, and Defendants, American Senior Communities, L.L.C. and EagleCare L.L.C., through their undersigned attorneys, jointly stipulate to the dismissal of this action with prejudice, with each party to bear their own attorneys' fees, costs, and expenses.

       No notice needs to be issued to the remaining, putative class because there has been no finding that this action can proceed as a collective or class action, and no class has been certified herein. Those claims are dismissed without prejudice.

       This stipulation of dismissal disposes of the entire action.